# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **DONNA DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | **CASE NO.** |
| ) | |
| v. ) | **3:20-cv-341-CWR-FKB** |
| ) | |
| ) | |
| **PROGRESSIVE CASUALTY** ) | |
| **INSURANCE COMPANY** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Donna Davis and defendant Progressive Casualty Insurance Company hereby stipulate that plaintiff's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs. The Court retains jurisdiction to enforce the settlement.

Respectfully submitted this 16th day of November, 2020.

| | |
|---|---|
| *s/ Nick Norris (with permission)* | *s/ Tammy L. Baker* |
| Louis H. Watson, Jr. (MB #9053) | Tammy L. Baker (MB# 104034) |
| Nick Norris (MB # 101574) | bakert@jacksonlewis.com |
| **WATSON & NORRIS, PLLC** | **JACKSON LEWIS P.C.** |
| 1880 Lakeland Drive, Suite G | 800 Shades Creek Parkway |
| Jackson, MS 39216 | Suite 870 |
| Phone: 601-968-0000 | Birmingham, Alabama 35209 |
| Facsimile: 601-968-0010 | Phone: 205-332-3106 |
| | Facsimile: 205-332-3131 |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 16, 2020, I have served a true and correct copy of the foregoing via the Court's CM/ECF filing system upon the following counsel of record:

    Louis H. Watson, Jr.
    Nick Norris
    WATSON & NORRIS, PLLC
    1880 Lakeland Drive, Suite G
    Jackson, MS 39216

        */s/ Tammy L. Baker*
        Counsel for Defendant

4813-8771-2464, v. 1